AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jeffrey Glen Tucker ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   2:10-cv-01982-DCN |
| Commissioner of the Social Security Administration ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: It is ordered and adjudged that the Court accepts the Report and Recommendation of Magistrate Judge Hendricks and affirms the final decision of the Commissioner.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, Chief United States District Judge

Date:   August 10, 2011

*CLERK OF COURT*

s/ John P. Bryan, Jr.

*Signature of Clerk or Deputy Clerk*